Daniel L. CHU, David E. Garthright, Frank C. Pierno, James A. McCazzio, Joseph W. Filoramo, and Pedro O. Jimenez, Petitioners,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 04–3272.

United States Court of Appeals,
Federal Circuit.

March 8, 2005.

## ORDER

Daniel L. Chu et al. move without opposition to voluntarily dismiss their petition for review (N.Y.0351030099–I–1; NY0351030098–I–1; NY0351030095–I–1; NY0351030091–I–1; NY03510090–I–1; NY0351030088–I–1).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.